IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS

**FILED**

November 23, 2021 12:24 PM
ST-2020-CR-00046
TAMARA CHARLES
CLERK OF THE COURT



### IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **PEOPLE OF THE VIRGIN ISLANDS,** | ) | CASE NO. ST-2020-CR-00046 |
| | ) | |
| Plaintiff, | ) | 14 V.I.C. §§ 1861, 1862(2) & 11(a) |
| vs. | ) | 14 V.I.C. §§ 2253(a) & 11(a) (4 counts) |
| | ) | 14 V.I.C. §§ 1861, 1863(1) |
| **KY'MANI DOLPHIN,** | ) | 14 V.I.C. §§ 295(3) & 11(a) |
| | ) | 14 V.I.C. §§ 1083(a)(1) & 11(a) |
| Defendant. | ) | 14 V.I.C. § 551(1) |

### ERRATA ORDER

**THIS MATTER** is before the Court *sua sponte* to correct the public domain citation assigned to the Memorandum Opinion and Order issued on November 22, 2021, in the above-captioned case. The citation assigned to the Memorandum Opinion should have been 2021 VI Super 116U. Accordingly, it is hereby

**ORDERED** that the citation assigned to the November 22, 2021 Memorandum Opinion and Order denying Defendant's Motion To Suppress And Motion For Hearing, filed April 30, 2021, is **AMENDED** to change all citation references from VI Super 116U **to 2021 VI Super 116U**; and it is further

**ORDERED** that the correct citation of **2021 VI Super 116U SHALL BE REFLECTED** on the docket; and it is further

**ORDERED** that a copy of this Errata Order shall be directed to the Clerk of the Court; Joseph T. Gasper; and to counsel of record.

DATED: 11/23/2021

_Denise M. Francis_
**DENISE M. FRANCOIS**
Judge of the Superior Court of the Virgin Islands

ATTEST:

**TAMARA CHARLES**
Clerk of the Court

BY: _Latoya Camacho_
**LATOYA A. CAMACHO** 11/24/2021
Court Clerk Supervisor